```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VIOLETA MARKOVIC, *et al.*,                         :
:
:
              Plaintiffs,                :
:      22-cv-1412 (LJL)
     -v-                                                  :
:        ORDER
:
MILOS HY, INC., *et al.*,                                 :
:
              Defendants.               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received the stipulation of voluntary dismissal as to Defendants Constantinos Spiliadis, George Spiliadis, Evridiki Spiliadis, David Dangoor, and Ioanna Sourias, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 26-1.  Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendants Constantinos Spiliadis, George Spiliadis, Evridiki Spiliadis, David Dangoor, and Ioanna Sourias with prejudice and with each party to bear their own costs and fees.

      The Clerk of Court is respectfully directed to terminate Defendants Constantinos Spiliadis, George Spiliadis, Evridiki Spiliadis, David Dangoor, and Ioanna Sourias.

      The initial pretrial conference currently scheduled for September 15, 2022 is adjourned to December 13, 2022 at 2:00 p.m. and will proceed telephonically.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the prompts.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge