```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
VIOLETA MARKOVIC, et al.,                                        :
                                                                 :
                            Plaintiffs,                          :
                                                                 :       22-cv-1412 (LJL)
       -v-                                                       :
                                                                 :       ORDER
MILOS HY, INC., et al.,                                          :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2022

LEWIS J. LIMAN, United States District Judge:

The Court has received a letter requesting that the Order at Dkt. No. 27 dismissing the complaint as against Defendants Constantinos Spiliadis, George Spiliadis, Evridiki Spiliadis, David Dangoor, and Ioanna Sourias with prejudice be amended to be without prejudice, as jointly stipulated to by the parties. The prior Order contained a clerical order insofar as it dismissed the complaint with prejudice; the parties are correct that the Order should have dismissed the complaint as to these defendants without prejudice.

It is hereby ORDERED that the complaint is dismissed *without* prejudice as against Defendants Constantinos Spiliadis, George Spiliadis, Evridiki Spiliadis, David Dangoor, and Ioanna Sourias. This Order shall supersede the previous Order entered at Dkt. No. 27 insofar as that Order dismissed the complaint with prejudice.

SO ORDERED.

Dated: September 15, 2022
       New York, New York
                                          _____
                                          LEWIS J. LIMAN
                                          United States District Judge