```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
VIOLETA MARKOVIC, and DARKO ILIC, on behalf of                     :
themselves and others similarly situated,                          :
                                                                   :
                            Plaintiffs,                            :    22-cv-1412 (LJL)
                                                                   :
        -v-                                                        :    ORDER
                                                                   :
MILOS HY, INC. d/b/a ESTIATORIO MILOS and                          :
MILOS WINE BAR, MILOS, INC. d/b/a ESTIATORIO                       :
MILOS, and COSTAS SPILIADIS,                                       :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/2/2032__

LEWIS J. LIMAN, United States District Judge:

The parties in this matter have reached a settlement. The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are directed to appear telephonically for a settlement approval hearing on **October 10, 2023 at 3:00 p.m.** Plaintiff is requested to appear at the hearing and, if necessary, with an interpreter. The parties are directed to dial (888) 251-2909 and use the access code 2123101.

Any pending motions are DISMISSED as moot, and all other conferences and deadlines are CANCELLED, including trial and pretrial deadlines.

SO ORDERED.

Dated: October 2, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge